IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMY WELCH, an individual; <br> ANJA PROSCHMANN, an individual; <br> BRITTANY SHARPE, an individual; <br> CASSIDY WILSON, an individual; <br> DAYNE TAKARA, an individual; <br> ANGELA VINTI, an individual; and <br> ANGELA PETSU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> OREGON HEALTH AND SCIENCE UNIVERSITY, an independent public corporation, <br><br> Defendant. | No. 3:23-cv-01231-SB <br><br> ORDER |

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on May 17, 2024, in which she recommends that the Court grant in part and deny in part Defendant's Motion to

1 – ORDER

Dismiss. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [20]. Accordingly, Defendant's Motion to Dismiss [6] is GRANTED IN PART AND DENIED IN PART. Plaintiffs' claims under O.R.S. 659A.030 are dismissed with prejudice. The hostile work environment claims alleged by Plaintiffs Proschmann, Sharpe, and Wilson are dismissed with leave to amend. Plaintiffs may submit an amended complaint within 14 days.

IT IS SO ORDERED.

DATED: _____June 20, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER